UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTOINE JONES<br>DC#241-912<br>1901 D Street, S.E.<br>Washington, D.C. 20003<br><br>          Plaintiff<br>     v.<br><br>RACHEL LIEBER<br>U.S. Attorney, D.C.<br>555 Fourth St., N.W., Ste. 300<br>Washington, D.C. 20534<br><br>          Defendant. | )<br>)<br>)<br>) Civil Action No.: 07-1027 (RJL)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Kenneth Adebonojo as counsel for Defendant in the above-captioned case.

/s/
KENNETH ADEBONOJO
Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-7157
kenneth.adebonojo@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of July, 2007, I caused the foregoing Praecipe to be served on Pro Se Plaintiff, **Antoine Jones**, postage pre-paid and addressed as follows:

ANTOINE JONES
DC# 241-912
1901 D Street, S.E.
Washington, D.C.  20003

    /s/
KENNETH ADEBONOJO
Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-7157
kenneth.adebonojo@usdoj.gov