UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTOINE JONES,           )<br>                         )<br>         Plaintiff,      )<br>                         )<br>v.                       )<br>                         )<br>RACHEL LIEBER, NORMA HORNE )<br>and DENNIS HARRISON,     )<br>                         )<br>         Defendants.     ) | Civil Action No.: 1:07-CV-01027<br>Judge Richard J. Leon |

## DEFENDANT NORMA HORNE'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Defendant Norma Horne (hereafter "Horne"), by and through counsel, respectfully moves this Court, pursuant to Fed. R. Civ. P. 12(b), for an Order dismissing Plaintiff's complaint against her. Plaintiff failed to effectuate proper service against Defendant Horne pursuant to Fed. R. Civ. P. 4(c) and (e), and therefore, this Court lacks personal jurisdiction over this Defendant.

In support of her motion, Defendant Horne refers this Court to the attached memorandum of points and authorities.

Respectfully submitted,

LINDA SINGER
Attorney General for District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

/s/ Patricia A. Jones
PATRICIA A. JONES [428132]
Chief, General Litigation, Section IV

        /s Rachel R. Hranitzky
RACHEL R. HRANITZKY [974458]
Assistant Attorney General, D.C.
441 4th Street, N.W., Sixth Floor North
Washington, D.C. 20001
(202) 442-9754; (202) 727-6295
rachel.hranitzky@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTOINE JONES, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RACHEL LIEBER, NORMA HORNE )<br>and DENNIS HARRISON, )<br>)<br>Defendants. ) | Civil Action No.: 1:07-CV-01027<br>Judge Richard J. Leon |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT NORMA HORNE'S MOTION TO DISMISS**

**PRELIMINARY STATEMENT**

Plaintiff filed the instant action on June 8, 2007, against Rachel Leiber, Norma Horne and Dennis Harrison. *See* Docket Entry #1. Plaintiff alleges that on or about November 22, 2005, Metropolitan Police Detective, Norma Horne, falsely filed a probable cause affidavit for a search warrant for a jail cell that he occupied. Plaintiff further alleges that U.S. Attorney, Rachel Lieber issued an order on November 23, 2005, to place him in lockdown without a court order and that Acting Warden, Dennis Harrison, placed him in lockdown without a court order. *See* Complaint, Section V. Plaintiff claims that the alleged foregoing actions violated his civil rights. *Id*.

Plaintiff seeks both compensatory and punitive damages pursuant to 42 U.S.C. § 1983 for these alleged violations of his rights under the First, Eighth and Fourteenth Amendments. *See* Complaint, generally. For the following reasons, Defendant Horne is entitled to dismissal of the Complaint against her as a matter of law.

**ARGUMENT**

A.  **Standard for Dismissal Pursuant to Fed. R. Civ. P. 12(b)**.

Fed. R. Civ. P. 12b provides that the following defense may be made at the option of the pleader by motion: (2) lack of jurisdiction over the person. Therefore, dismissal is appropriate if the evidence shows that the Court lacks jurisdiction over the person. Before a court may exercise personal jurisdiction over a defendant, the procedural requirement of proper service of summons must be satisfied to assure notice to the defendant. *See Omni Capital Int'l v. Rudolph Wolff & Co.*, 484 U.S. 97, 104, 108 S. Ct. 404, 98 L. Ed. 2d 415 (1987). *See also*, *Nikbin v. Islamic Republic of Iran,* 2007 U.S. Dist. LEXIS 1903 (D.D.C. Jan. 11, 2007)

B.  **Standard for Dismissal Pursuant to Fed. R. Civ. P. 12(b)(5).**

A party can move the court to dismiss a complaint under Fed. R. Civ. P. 12(b)(5) for insufficient service of process. "The party on whose behalf service is made has the burden of establishing its validity when challenged; to do so, he must demonstrate that the procedure employed satisfied the requirements of the relevant portions of Rule 4 and any other applicable provision of law." *Light v. Wolf*, 259 U.S. App. D.C. 442, 816 F.2d 746, 751 (D.C. Cir. 1987) (internal quotations omitted); *Hilska v. Jones*, 217 F.R.D. 16, 20 (D.D.C. 2003). Fed. R. Civ. P. 12(b)(5) provides that dismissal is proper where there is insufficiency of service of process.

C.  **Plaintiff Failed to Effectuate Proper Service against Defendant Horne, and Therefore, This Court Lacks Personal Jurisdiction Over Her.**

Fed. R. Civ. P. 4(c) provides that a plaintiff bringing suit within the United States may serve a copy of the summons and complaint to the person to be served by any person who is not a party and who is at least 18 years of age by a United States marshal, deputy United States marshal, or other person or officer specially appointed by the court for that purpose. Plaintiff's Process Receipt and Return evidences that on June 26, 2007, Detective Sergeant Jeffrey P.

Christy was served with a summons and complaint for Defendant Horne.  While Defendant Horne received a copy of the summons and complaint, service was improper.  *See McLaughlin v. Fidelity Sec. Life Ins.,* 667 A.2d 105 (D.C. 1995), holding whether defendant received actual notice of the action is immaterial to the sufficiency of service of process.  Service is improper where a person other than the named party to the lawsuit who is not an agent authorized by appointment or by law receives the service of process.  *See, Cheng v. Cheung*, 710 A.2d 877 (D.C. 1998) (service upon the defendant's wife at the place of business rather than the residence was improper); *Morfessis v. Marvins Credit, Inc.¸*77 A.2d 178 (D.C. 1950) (service by certified mail on defendant at place of business where papers were signed by secretary is improper without showing that secretary was agent authorized to receive service of process).  Plaintiff has failed to provide any information that shows that Detective Sergeant Christy was authorized by appointment or by law to receive service of process on behalf of Defendant Horne.  *See* Process Receipt and Return for Detective Norma Horne, Docket Entry #5, p. 4.  Because Defendant Horne has not given authorization to Detective Sergeant Christy to accept service of process on her behalf, plaintiff has not properly effected upon Defendant Horne, and this lawsuit must be dismissed against her.

## CONCLUSION

As set forth above, plaintiff has failed to effectuate proper service against defendant Horne, and therefore this Court lacks personal jurisdiction over defendant Horne.  Accordingly, the lawsuit against defendant Horne must be dismissed.

        Respectfully submitted,

        LINDA SINGER
        Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General, Civil Litigation Division

/s/ Patricia A. Jones  
PATRICIA A. JONES [428132]  
Chief, General Litigation, Section IV

/s Rachel R. Hranitzky  
RACHEL R. HRANITZKY [974458]  
Assistant Attorney General  
441 4th Street, N.W., Sixth Floor North  
Washington, D.C. 20001  
(202) 442-9754; (202) 727-6295  
rachel.hranitzky@dc.gov

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of July, 2007, I caused a copy of the foregoing Defendant Norma Horne's Motion to Dismiss Plaintiff's Complaint, Memorandum of Points and Authorities in Support Thereof and Proposed Order to be served via first class mail, postage prepaid to the following pro se plaintiff: Antoine Jones, DC #241-912, 1901 D Street, S.E., Washington, D.C. 20003.

/s/ Rachel R. Hranitzky  
RACHEL R. HRANITZKY  
Assistant Attorney General

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTOINE JONES, )<br>  )<br>           Plaintiff, )<br>  )<br>v. )<br>  )<br>RACHEL LIEBER, NORMA HORNE )<br>and DENNIS HARRISON, )<br>  )<br>           Defendants. ) | Civil Action No.: 1:07-CV-01027<br>Judge Richard J. Leon |

## **ORDER**

Upon consideration of Defendant Norma Horne's Motion to Dismiss, Plaintiff's response thereto, if any, and the record herein, it is this ____ day of _____, 2007,

ORDERED:    that Defendant Norma Horne's Motion to Dismiss is hereby GRANTED for the reasons set forth in her motion, and it is,

FURTHER ORDERED: that Plaintiff's Complaint is dismissed as to Defendant Norma Horne.

_____
Judge Richard J. Leon
U.S. District Court for the District of Columbia