UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JUL 3 1 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| ANTOINE JONES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 07-1027 (RJL) |
| | ) |
| RACHEL LIEBER *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

Defendant Norma Horne, a Metropolitan Police Detective, moves to dismiss the complaint against her on the basis that plaintiff has not effected proper service. She contends that although she has received a copy of the summons and complaint, service was improper because it was received by Detective Sergeant Jeffrey P. Christy who was not authorized to accept service on her behalf. Plaintiff has been permitted to proceed *in forma pauperis* and therefore is relying on the court officers to effect proper service. *See* 28 U.S.C. § 1915(d). The Court will not penalize plaintiff for this deficiency. Accordingly, it is this 27th day of July 2007,

ORDERED that defendant Norma Horne's motion to dismiss [Dkt. No. 8] is DENIED without prejudice; and it is

FURTHER ORDERED that the Clerk shall provide the summons and a copy of the complaint to the United States Marshal who shall effect <u>personal</u> service of same upon Norma Horne.

SO ORDERED.

_____
Richard J. Leon
United States District Judge

