UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANTOINE JONES
  (Plaintiff)

      V                        Civil Action No. 07-1027(RJL)

RACHEL LIEBER, NORMA HORNE,
DENNIS HARRISON
      (Defendants)

## PLAINTIFF ANTOINE JONES MOTION TO REQUEST LEGAL ASSISTANCE

Plaintiff Antoine Jones, pro se, respectfully requests through and by this motion to be appointed the assistance of an attorney. Jones has been incarcerated since October 24, 2005, and doesn't have the access to court nor the proper resources, financial or otherwise to properly litigate this matter. Jones is a detainee at DC Jail and does not have the ability to access legal case law. Further, Jones cannot pull up the cases the Government cited in Documents 8 and 9, Motions to Dismiss. As a lay person, Jones does not understand the legal terminology. Jones filed the action pro se, however, it has become apparent that the lack of legal knowledge, experience and/or training has put Jones at a disadvantage.

                                            Respectfully submitted,

                                            ANTOINE JONES, pro se

                                            */s/ Antoine Jones*

RECEIVED
AUG 2 1 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATE OF SERVICE

    I hereby certify and declare that a true and accurate copy of the foregoing, _Motion to Request Legal Assistance_ was placed into This institution's mail receptacle on this _17_, day of, _August_, 2007, to make service on the U.S. Attorney's office for the District of Columbia, 555-4th Street, N.W., Washington, D.C. 20530.

_Antoine Jones_             241912