UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTOINE JONES, <br><br> Plaintiff, <br><br> v. <br><br> RACHEL LIEBER <br><br> Defendant. | Civil Action No.: 07-cv-1027 (RJL) |

## DEFENDANT'S MOTION FOR AN ENLARGEMENT PURSUANT TO FED. R. CIV. P. 6(b)(2) TO FILE A RESPONSE

Pursuant to Fed. R. Civ. P. 6(b)(2), Rachel Lieber ("Defendant") through counsel, respectfully requests an enlargement of time until September 24, 2007, when a response is due on behalf of Jack Geise in the related matter of Jones v. Yanta, No. 07-1172. Plaintiff filed this complaint on June 8, 2007 and perfected service on June 26, 2007. Accordingly, an answer or other response was due on August 27, 2007. Defendant's motion should be granted because Defendant's failure to file an answer or other response was due to excusable neglect. In support of this motion, Defendant states the following:

1. In addition to representing Defendant in the within matter, the undersigned is also representing Defendant as well as Jack Geise in the related matter of Jones v. Yanta, No. 07-1172. The undersigned has also been assigned the matter of Maynard v. Yanta, No. 07-1193. These three cases all arise out of Plaintiff's criminal investigation and prosecution. US v. Jones, No. 05-cr-0386.

2. Unfortunately, Defendant inadvertently entered the response due date for Defendant in the Yanta matter as Defendant's response due date in the within matter.

2. In addition, although authorization to represent Defendant was issued last week, the process is yet to be finalized. The process should be completed this week.

3. The definition of excusable neglect "should depend in part upon the importance of the matter involved and the prejudice, if any, to the other party." Ham v. Smith, 653 F.2d. 658, (D.C. Cir. 1981).

4. This case presents constitutional claims that are undoubtedly significant to Plaintiff and expose Defendant to personal liability. In addition, Plaintiff is not prejudiced by a slight delay. Accordingly, Defendant respectfully requests that the court exercise its discretion to extend time to enable Defendant to file a response.

5. Since he is incarcerated, it is impracticable for the undersigned to confer with Plaintiff about the within Motion.[1]

Dated: August 29, 2007

Respectfully submitted,

JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

---

[2] Local Civil Rule 7(m) requires "counsel" to discuss nondispositive motions with "opposing counsel." It does not require counsel to discuss those motions with pro se parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner pro se parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). Local Civil Rule 16.3(a) excludes prisoner pro se parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any *nonprisoner pro se* party)" to meet and confer prior to a scheduling conference. LCvR 16.3(a) (emphasis added).

_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

_____
KENNETH ADEBONOJO
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W. – Room E4212
Washington, D.C. 20530
(202) 514-7157

COUNSEL FOR DEFENDANT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTOINE JONES,<br><br>        Plaintiff,<br><br>v.<br><br>RACHEL LIEBER,<br><br>        Defendant. | Civil Action No.: 07-cv-1027 (RJL) |

## ORDER

This matter having come before this Court on Defendant's Motion for an Enlargement of Time to file a response, it is hereby

**ORDERED** that Defendant's motion is **GRANTED**. It is further

**ORDERED** that Defendant shall file a response on or before September 24, 2007.

**SO ORDERED** this ____ day of _____, 200__.

_____
United States District Court Judge

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Defendant's Motion for an Enlargement of Time to file a dispositive motion in respond to Plaintiff's complaint was mailed by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

Antoine Jones
D.C. # 241912
D.C. Jail
1901 D Street, SE
Washington, DC 20003

on this 29th day of August, 2007

_____
KENNETH ADEBONOJO