UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTOINE JONES )<br>)<br>        Plaintiff, )<br>)<br>v. )<br>)<br>RACHEL LIEBER )<br>)<br>        Defendant. )<br>_____) | No. 1:07cv1027 (RJL) |

**NOTICE OF RELATED CASE**

Rachel Lieber ("Defendant") respectfully files this Notice of Related Case, pursuant to Local Rule 40.5(b)(3), to inform the Court of the existence of related cases: <u>Jones v. Yanta et al.</u>, No. 07-1172 (HHK) (filed June 29, 2007) and <u>Maynard v. Yanta</u>, No. 07-1193 (filed June 29, 2007). The cases arise out of the underlying investigation and prosecution in <u>US v. Jones</u>, No. 05-cr-0386.[1] In the related cases, Plaintiffs allege violations of their civil rights arising from alleged illegal wiretapping and prosecutorial misconduct. It appears from the record that these cases satisfy the requirements for related cases under the rules. LCvR 40.5(a)(3).

August 29, 2007

Respectfully submitted,

JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

KENNETH ADEBONOJO
Assistant United States Attorney
555 4th St. NW
Washington, DC 20530
(202)514-7157
kenneth.adebonojo@usdoj.gov

---

[1] See also <u>US v. Jones</u>, 451 F.Supp.2d 71 (D.D.C. 2006)

## Certificate of Service

I certify I caused copies of the foregoing Notice of Related Case to be served by first class mail upon *pro se* plaintiff at:

Antoine Jones
D.C. # 241912
D.C. Jail
1901 D Street, SE
Washington, DC 20003

on this 29th Day of August 2007.

_____
KENNETH ADEBONOJO
Assistant United States Attorney
555 4th St. NW
Washington, DC 20530
(202) 514-7157
kenneth.adebonojo@usdoj.gov