UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

AUG 3 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ANTOINE JONES, )
  )
  Plaintiff, )
  )
v. ) Civil Action No. 07-1027 (RJL)
  )
RACHEL LIEBER, et al., )
  )
  Defendants. )

ORDER

Plaintiff has filed a motion to appoint counsel. Because Plaintiff has been granted leave to proceed *in forma pauperis*, the Court may ask an attorney to represent him. 28 U.S.C. §1915(e)(1). In making such a determination, the Court takes into account:

  (i)   the nature and complexity of the action;
  (ii)  the potential merit of the *pro se* party's claims;
  (iii) the demonstrated inability of the *pro se* party to retain counsel by other means; and
  (iv)  the degree to which the interests of justice will be served by appointment of counsel, including the benefit the Court may derive from the assistance of the appointed counsel.

Local Rule 83.11(b)(3).

It is too early in the litigation to determine whether counsel should be appointed. Pending before the Court are motions to dismiss filed by two defendants. The other defendants have not answered or otherwise responded to the complaint. Moreover, Plaintiff is not entitled as of right to counsel in a civil case. There are not enough members of the Civil Pro Bono Panel to appoint counsel in each case. Plaintiff has not demonstrated that he is unable to retain counsel on his own. At this time, the interest of justice do not support the appointment of counsel. Accordingly, it is



ORDERED that Plaintiff's motion to appoint counsel [14] is DENIED without prejudice.

_____
RICHARD J. LEON
United States District Judge

DATE: 8/29/07