UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
AUG 3 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ANTOINE JONES, )
)
  Plaintiff, )
)
v. ) Civil Action No. 07-1027 (RJL)
)
RACHEL LIEBER, et al., )
)
  Defendants. )

### ORDER

Defendant Norma Horne has filed a motion to dismiss the case for lack of jurisdiction. Plaintiff is proceeding *pro se*. The Court will rule on defendants' motion taking into consideration the facts proffered by plaintiff in his complaint, along with his response or opposition to the motion, and the entire record of the case. If plaintiff fails to respond to this motion, the Court may assume that the motion is conceded and dismiss the case. *See Fox v. Strickland*, 837 F.2d 507, 509 (D.C. Cir. 1988). Accordingly, it is

**ORDERED** that plaintiff shall respond to the defendant's motion [15] within 30 days of this Order. If plaintiff does not respond by that date, the Court may treat the motion as conceded.

RICHARD J. LEON
United States District Judge

DATE: 8/29/07