UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTOINE JONES, ) | |
| ) | Civil Action No.: 1:07-CV-01027 |
| Plaintiff, ) | Judge Richard J. Leon |
| ) | |
| v. ) | |
| ) | |
| RACHEL LIEBER, NORMA HORNE ) | |
| and DENNIS HARRISON, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

The Clerk of said Court will please will please withdraw the appearance of Rachel R. Hranitzky[1] as counsel on behalf of the defendants Dennis Harrison and Norma Horne.

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

/s/ Patricia A. Jones
PATRICIA A. JONES [428132]
Chief, General Litigation Sec. IV

/s/ Rachel R. Hranitzky
RACHEL R. HRANITZKY [974458]
Assistant Attorney General
441 4TH Street, NW, 6th Floor
Washington, D.C. 20001
(202) 442-9754; (202) 727-6295
(202) 727-3625 (fax)
rachel.hranitzky@dc.gov

---

[1] Effective September 27, 2007, Ms. Hranitzky will no longer be employed at the Office of the Attorney General, having accepted other employment, and can no longer represent the District's interests.

CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of September, 2007, I caused a copy of the foregoing **Notice of Withdrawal of Appearance** to be served via first class mail, postage prepaid to the following pro se plaintiff: Mr. Antoine Jones, DC #241-912, Rivers Correctional Institute, Inmate Mail/Parcels, P.O. Box 630, Winton, NC 27986.

/s/ Rachel R. Hranitzky
RACHEL R. HRANITZKY
Assistant Attorney General