## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ANTOINE JONES,

    Plaintiff,

v.

RACHEL LIEBER, *et al.*,

    Defendants.

C.A. No.: 07-1027 (RJL)

### NOTICE OF ENTRY OF APPEARANCE

    The Clerk of the Court will please enter the appearance of LETICIA L. VALDES, Assistant Attorney General for the District of Columbia, as counsel for defendants Norma Horne and Dennis Harrison.

        Respectfully submitted,

        LINDA SINGER
        Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General, Civil Litigation Division

        /s/ Patricia A. Jones
        PATRICIA A. JONES [428132]
        Chief, General Litigation Sec. IV

        /s/ Leticia L. Valdes
        LETICIA L. VALDES [0461327]
        Assistant Attorney General
        441 Fourth Street, N.W., Sixth Floor South
        Washington, D.C. 20001
        (202) 442-9845; (202) 727-6295
        Leticia.Valdes@dc.gov

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Entry of Appearance was mailed, first class, postage prepaid, this 25th day of September 2007, to:

Mr. Antoine Jones
DC # 241-912
Rivers Correctional Institute
Inmate mail/Parcels
P.O. Box 630
Winton, NC 27986

                         /s/ Leticia L. Valdes
                         LETICIA L. VALDES
                         Assistant Attorney General