UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTOINE JONES, ) | |
| ) | |
| Plaintiff ) | |
| ) | Civil Action No. 07-1027 (RJL) |
| v. ) | (ECF) |
| ) | |
| RACHEL LIEBER, et al. ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT'S MOTION TO ENLARGE TIME TO FILE A REPLY TO PLAINTIFF'S
OPPOSITION TO FEDERAL DEFENDANT'S MOTION TO DISMISS**

Federal Defendant, Rachel Lieber, filed a Motion to Dismiss Plaintiff's complaint and Plaintiff has opposed said motion. Federal Defendant's reply brief is due on November 23, 2007.

Defendant respectfully requests an enlargement of time up to and including November 30, 2007, to file a reply brief.

The undersigned requests the additional time in light of a few emergent matters this week and the holidays.

Because plaintiff is a prisoner, appearing here *pro se*, Local Rule 7(m) does not apply and the undersigned have not made efforts to contact him regarding this motion.[1]

November 23, 2007                                  Respectfully submitted,

_/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

---

[1] Local Civil Rule 7.1(m) requires "counsel" to discuss non-dispositive motions with "opposing *counsel*" and nonprisoner pro se parties.

      /s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

      /s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C.  20530
(202) 514-7157
(202) 514-8780 (facsimile)

## CERTIFICATE OF SERVICE

      I certify I caused copies of the foregoing Defendant's Motion to Enlarge Time to File a a reply to Plaintiff's opposition to Defendant's Motion to Dismiss to be served by first class mail upon *pro se* plaintiff at:

Antoine Jones  
DC# 241-912  
1901 D Street, S.E.  
Washington, D.D. 20003

on this 23rd day of November, 2007.     /s/_____  
                                                  KENNETH ADEBONOJO  
                                                  Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ANTOINE JONES,** | ) |
| **Plaintiff** | ) |
| v. | ) Civil Action No. 07-1027 (RJL)<br>) (ECF) |
| **RACHEL LIEBER, et al.** | ) |
| **Defendants.** | ) |

## ORDER

UPON CONSIDERATION of the Defendant's Motion for Enlargement of Time, support thereof, the grounds stated therefor and the entire record in this matter, it is by the Court this ____ day of _____, 2007, hereby

ORDERED that the said motion be and hereby is granted; and it is

FURTHER ORDERED Defendant shall file a reply brief on or before November 30, 2007.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Kenneth Adebonojo
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C. 20530

Antoine Jones
DC# 241-912
1901 D Street, S.E.
Washington, D.C. 20003