UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JAN 4 - 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| ANTOINE JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-1027 (RJL) |
| | ) | |
| RACHEL LIEBER, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

<u>ORDER</u>

Defendant Norma Horne filed a motion to dismiss on August 27, 2007. In its August 30, 2007 Order, the Court advised plaintiff, among other things, of his obligation to file an opposition or other response to the motion. Further, that Order expressly warned plaintiff that, if he failed to file his opposition within 30 days, the Court would treat the motion as conceded. To date, plaintiff neither has filed an opposition nor has requested additional time to do so. Accordingly, it is hereby

ORDERED that the motion to dismiss filed on behalf of defendant Norma Horne [Dkt. #15] is GRANTED as conceded, and that defendant Horne is DISMISSED as a party to this action.

SO ORDERED.

_____
RICHARD J. LEON
United States District Judge

Date: 1/3/08

