UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ANTOINE JONES,** | ) |
| **Plaintiff** | ) |
| v. | ) Civil Action No. 07-1027 (RJL) <br> ) (ECF) |
| **RACHEL LIEBER, et al.** | ) |
| **Defendants.** | ) |

**FEDERAL DEFENDANT'S MOTION TO ENLARGE TIME TO FILE A RESPONSE TO PLAINTIFF'S RESPONSE TO MOTION TO DISMISS DOCKET ENTRY 29**

Plaintiff, a *pro se* prisoner, brings this action against Rachel Lieber, the Assistant United States Attorney, prosecuting his criminal case.

Defendant respectfully requests an enlargement of time to respond to "Plaintiff Jones' Response to Defendant's (Rachel Lieber) Motion to Dismiss", Docket Entry 29. Defendant's response is currently due on January 22, 2008. Defendant requests up to and including January 30, 2008, to file a response.

The undersigned requests the additional time due to the press of business.

Because plaintiff is a prisoner, appearing here *pro se*, Local Rule 7(m) does not apply and the undersigned have not made efforts to contact him regarding this motion.[1]

WHEREFORE, based on the foregoing, Defendant respectfully requests that this motion be granted.

---

[1] Local Civil Rule 7.1(m) requires "counsel" to discuss non-dispositive motions with "opposing *counsel*" and nonprisoner pro se parties.

The undersigned respectfully request a minute order.

January 18, 2008                     Respectfully submitted,


\_\_\_/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

 \_\_/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

\_\_\_/s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C.  20530
(202) 514-7157
(202) 514-8780 (facsimile)

## CERTIFICATE OF SERVICE

      I certify I caused copies of the foregoing Defendant's Motion to Enlarge Time to File Answer or Otherwise Respond to Complaint served by first class mail upon *pro se* plaintiff at:

Antoine Jones
DC# 241-912
1901 D Street, S.E.
Washington, D.D. 20003


on this 22nd day of January, 2008.     /s/_____
                                            KENNETH ADEBONOJO
                                            Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTOINE JONES,<br><br>   **Plaintiff**<br><br>  v.<br><br>RACHEL LIEBER, et al.<br><br>   **Defendants.** | )<br>)<br>)<br>)<br>) Civil Action No. 07-1027 (RJL)<br>)  (ECF)<br>)<br>)<br>)<br>) |

### **ORDER**

UPON CONSIDERATION of the Defendant's Motion for Enlargement of Time, support thereof, the grounds stated therefor and the entire record in this matter, it is by the Court this \_\_\_\_ day of _____, 2008, hereby

ORDERED that the said motion be and hereby is granted; and it is

FURTHER ORDERED Defendant shall file an responsive pleading on or before January 30, 2008 .

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Kenneth Adebonojo
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C.  20530

Antoine Jones
DC# 241-912
1901 D Street, S.E.
Washington, D.C. 20003