UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTOINE JONES, | ) |
|        Plaintiff | ) |
| v. | ) Civil Action No. 07-1027 (RJL)<br>) (ECF) |
| RACHEL LIEBER, et al. | ) |
|        Defendants. | ) |

**FEDERAL DEFENDANT'S MOTION TO ENLARGE TIME TO FILE A RESPONSE TO PLAINTIFF'S RESPONSE TO MOTION TO DISMISS DOCKET ENTRY 29**

Plaintiff, a *pro se* prisoner, brings this action against Rachel Lieber, the Assistant United States Attorney, prosecuting his criminal case.

Federal Defendant respectfully requests an enlargement of time to respond to "Plaintiff Jones' Response to Defendant's (Rachel Lieber) Motion to Dismiss", Docket Entry 29. Defendant's response is currently due on January 30, 2008. Federal Defendant requests up to and including February 25, 2008, to file a response.

The undersigned requests the additional time due to the press of business, including depositions, motion responses in other matters and Circuit pleadings.

Because plaintiff is a prisoner, appearing here *pro se*, Local Rule 7(m) does not apply and the undersigned have not made efforts to contact him regarding this motion.[1]

WHEREFORE, based on the foregoing, Federal Defendant respectfully requests that this motion be granted.

---

[1] Local Civil Rule 7.1(m) requires "counsel" to discuss non-dispositive motions with "opposing *counsel*" and nonprisoner pro se parties.

The undersigned respectfully request a minute order.

January 30, 2008                              Respectfully submitted,


                                              ___/s/_____
                                              JEFFREY A. TAYLOR, D.C. BAR # 498610
                                              United States Attorney

                                               _/s/_____
                                              RUDOLPH CONTRERAS, D.C. BAR # 434122
                                              Assistant United States Attorney

                                              ___/s/_____
                                              KENNETH ADEBONOJO
                                              Assistant United States Attorney
                                              Judiciary Center Building
                                              555 4th Street, N.W. – Civil Division
                                              Washington, D.C.  20530
                                              (202) 514-7157
                                              (202) 514-8780 (facsimile)

## CERTIFICATE OF SERVICE

      I certify I caused copies of the foregoing Defendant's Motion to Enlarge Time to File a Response to Plaintiff's Pleading Docket Entry 29 was served by first class mail upon *pro se* plaintiff at:

Antoine Jones
DC# 241-912
1901 D Street, S.E.
Washington, D.D. 20003


on this 30th day of January, 2008.    ___/s/_____
                                                     KENNETH ADEBONOJO
                                                     Assistant United States Attorney