UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **ANTOINE JONES,** | ) |
| | ) |
| **Plaintiff** | ) |
| | ) |
| | ) Civil Action No. 07-1027 (RJL) |
| v. | ) (ECF) |
| | ) |
| **RACHEL LIEBER, et al.** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

**FEDERAL DEFENDANT'S MOTION TO ENLARGE TIME TO FILE A RESPONSE
TO PLAINTIFF'S RESPONSE TO MOTION TO DISMISS DOCKET ENTRY 29**

Plaintiff, a *pro se* prisoner, brings this action against Rachel Lieber, the Assistant United States Attorney, prosecuting his criminal case.

Federal Defendant respectfully requests an enlargement of time to respond to "Plaintiff Jones' Response to Defendant's (Rachel Lieber) Motion to Dismiss", Docket Entry 29. Defendant's response is currently due on February 25, 2008. Federal Defendant requests up to and including March 12, 2008, to file a response.

The undersigned requests the additional time due to the press of business and the fact that Plaintiff and his family members have filed several actions against various federal employees and a coordinated response to Plaintiff and his family members' actions is being developed.

Because plaintiff is a prisoner, appearing here *pro se*, Local Rule 7(m) does not apply and the undersigned have not made efforts to contact him regarding this motion.[1]

---

[1] Local Civil Rule 7.1(m) requires "counsel" to discuss non-dispositive motions with "opposing *counsel*" and nonprisoner pro se parties.

WHEREFORE, based on the foregoing, Federal Defendant respectfully requests that this motion be granted.

The undersigned respectfully request a minute order.

February 25, 2008                              Respectfully submitted,

\_\_\_/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

\_/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

\_\_\_/s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C. 20530
(202) 514-7157
(202) 514-8780 (facsimile)

## CERTIFICATE OF SERVICE

      I certify I caused copies of the foregoing Defendant's Motion to Enlarge Time to File a Response to Plaintiff's Pleading Docket Entry 29 was served by first class mail upon *pro se* plaintiff at:

Antoine Jones
DC# 241-912
1901 D Street, S.E.
Washington, D.D. 20003


on this 25th day of February, 2008.   \_\_\_/s/_____
                                                    KENNETH ADEBONOJO
                                                    Assistant United States Attorney