UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTOINE JONES, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| | ) Civil Action No. 07-1027 (RJL) |
| v. | )  (ECF) |
| | ) |
| RACHEL LIEBER, et al. | ) |
| | ) |
| Defendants. | ) |
| | ) |

**FEDERAL DEFENDANT'S MOTION TO ENLARGE TIME TO FILE A RESPONSE TO PLAINTIFF'S RESPONSE TO MOTION TO DISMISS DOCKET ENTRY 29**

Plaintiff, a *pro se* prisoner, brings this action against Rachel Lieber, the Assistant United States Attorney, prosecuting his criminal case.  Federal Defendant respectfully requests an enlargement of time to respond to "Plaintiff Jones' Response to Defendant's (Rachel Lieber) Motion to Dismiss", Docket Entry 29.  Defendant's response is currently due on March 12, 2008.  Federal Defendant requests up to and including March 17, 2008, to file a response.  In support of this request, Federal Defendant states as follows:

Plaintiff was recently convicted of drug-related conspiracy charges along with his co-defendant, Lawrence Maynard.  Maynard filed a complaint against certain federal employees.  Plaintiff's wife, mother and son have also attempted to file separate constitutional claims against various defendants including Federal Defendant.  Plaintiff and Maynard are scheduled for sentencing in late April.  The defendants in the actions brought by Plaintiff and Maynard, including Federal Defendant, will be seeking a stay of proceedings in these matters until after sentencing in order to maximize certain defenses.  Accordingly, Federal Defendant seeks this brief extension in order to

file the motions to stay to preserve her rights to respond to Plaintiff's filing, Docket 29, which was filed without leave.

Because plaintiff is a prisoner, appearing here *pro se*, Local Rule 7(m) does not apply and the undersigned have not made efforts to contact him regarding this motion.[1]

WHEREFORE, based on the foregoing, Federal Defendant respectfully requests that this motion be granted. The Federal Defendant respectfully requests a minute order.

March 12, 2008                                Respectfully submitted,

\_\_\_/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

 /s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

\_\_\_/s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C.  20530
(202) 514-7157
(202) 514-8780 (facsimile)

---

[1] Local Civil Rule 7.1(m) requires "counsel" to discuss non-dispositive motions with "opposing *counsel*" and nonprisoner pro se parties.

## CERTIFICATE OF SERVICE

    I certify I caused copies of the foregoing Defendant's Motion to Enlarge Time to File a Response to Plaintiff's Pleading Docket Entry 29 was served by first class mail upon *pro se* plaintiff at:

Antoine Jones
DC# 241-912
1901 D Street, S.E.
Washington, D.D. 20003

on this 12th day of March, 2008.   \_\_\_/s/_____
                                              KENNETH ADEBONOJO
                                              Assistant United States Attorney