UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTOINE JONES, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| | ) Civil Action No. 07-1027 (RJL) |
| v. | )  (ECF) |
| | ) |
| RACHEL LIEBER, et al. | ) |
| | ) |
| Defendants. | ) |

**FEDERAL DEFENDANT'S MOTION TO ENLARGE TIME TO FILE A RESPONSE TO PLAINTIFF'S RESPONSE TO MOTION TO DISMISS DOCKET ENTRY 29**

Plaintiff, a *pro se* prisoner, brings this action against Rachel Lieber, the Assistant United States Attorney, prosecuting his criminal case. Federal Defendant respectfully requests an enlargement of time to respond to "Plaintiff Jones' Response to Defendant's (Rachel Lieber) Motion to Dismiss", Docket Entry 29 until March 18, 2008, to file a response. Federal Defendant's response is currently due today, March 17, 2008. In support of this request, Federal Defendant states as follows:

The undersigned has completed motions to stay in this and other related matters and seeks this one day extension to obtain supervisory approval.

Because plaintiff is a prisoner, appearing here *pro se*, Local Rule 7(m) does not apply and the undersigned have not made efforts to contact him regarding this motion.[1]

WHEREFORE, based on the foregoing, Federal Defendant respectfully requests that this motion be granted. The Federal Defendant respectfully requests a minute order.

---

[1] Local Civil Rule 7.1(m) requires "counsel" to discuss non-dispositive motions with "opposing *counsel*" and nonprisoner pro se parties.

March 17, 2008                                   Respectfully submitted,

                                                  ___/s/_____
                                                  JEFFREY A. TAYLOR, D.C. BAR # 498610
                                                  United States Attorney

                                                  __/s/_____
                                                  RUDOLPH CONTRERAS, D.C. BAR # 434122
                                                  Assistant United States Attorney

                                                  ___/s/_____
                                                  KENNETH ADEBONOJO
                                                  Assistant United States Attorney
                                                  Judiciary Center Building
                                                  555 4th Street, N.W. – Civil Division
                                                  Washington, D.C.  20530
                                                  (202) 514-7157
                                                  (202) 514-8780 (facsimile)

**CERTIFICATE OF SERVICE**

      I certify I caused copies of the foregoing Defendant's Motion to Enlarge Time to File a Response to Plaintiff's Pleading Docket Entry 29 was served by first class mail upon *pro se* plaintiff at:

Antoine Jones
DC# 241-912
1901 D Street, S.E.
Washington, D.D. 20003

on this 17th day of March, 2008.    \_\_\_/s/_____
                                               KENNETH ADEBONOJO
                                               Assistant United States Attorney