<u>UNITED STATES DISTRICT COURT FOR THE</u>
<u>DISTRICT OF COLUMBIA</u>


Leave to file granted
RJL

RESPONDING TO DEFENDANT'S, RACHEL LIEBER, REQUEST FOR ENLARGEMENT OF TIME TO FILE A REPLY TO PLAINTIFF'S OPPOSITION TO FEDERAL DEFENDANT TO DISMISS, (CIVIL ACTION NO.: 07-1027 (RJL)

RACHEL LIEBER REQUESTED THE COURTS FOR ENLARGEMENT OF TIME ON A REPLY BRIEF DUE ON NOVEMBER 23, 2007, EXTENDED TO NOVEMBER 30, 2007 TO FILE A REPLY, BRIEF.

THEN DEFENDANT RACHEL LIEBER REQUESTED ONCE AGAIN AN ENLARGEMENT OF TIME TO FILE A RESPONSE ON AN ALREADY EXPIRED DEAD LINE BRIEF [DOCKET ENTRY 29, DUE FEBRUARY 25, 2008] SHE REQUESTING THE ENLARGEMENT DUE MARCH 12, 2008 TO FILE A RESPONSE. HER ARGUMENT AS THE REASON SHE NEED ANOTHER EXTENSION IS PRESS OF BUSINESS, AND OF NOW RELEVANT INFORMATION OF THE PLAINTIFF'S FAMILY HAVING A CIVIL COMPLAINT IN ON THE GOVERNMENT OUTRAGEOUS CONDUCT AND THEIR CONSTITUTIONAL RIGHTS BEING VIOLATED

**RECEIVED**

MAR 11 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

THE PLAINTIFF IS REQUESTING THE COURT TO DENY THE DEFENDANT'S REQUEST FOR ENLARGEMENT. REASON BEING, THE DEFENDANT IS TAKING ADVANTAGE OF A PRO SE PLAINTIFF AND THE COURTS BY NOT MEETING THEIR DEADLINES. THIS RESPONSE WAS FIRST DUE NOVEMBER 23, 2007, MONTHS AGO. IF THE COURT GRANTED THE DEFENDANT AN EXTENSION TO MARCH 12, 2008? THE PLAINTIFF IS CHARGING THE DEFENDANT HAS CONCEDED TO THEIR VIOLATION AND MISCONDUCT BY NOT REPLYING ON TIME AND CAN THE COURT ADDRESS THE ISSUE OF THE DEFENDANT'S TARDINESS OF THEIR REPLYS.

## Certificate of service

I certify this to be truthful, and is being sent through institutional mail on March 6 2005

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTOINE JONES,              )<br>                                         )<br>        Plaintiff              )<br>                                         )<br>                                         )<br>        v.                           )<br>                                         )<br> RACHEL LIEBER, et al.  )<br>                                         )<br>        Defendants.          )<br>_____) | Civil Action No. 07-1027 (RJL)<br>(ECF) |

## FEDERAL DEFENDANT'S MOTION TO ENLARGE TIME TO FILE A RESPONSE TO PLAINTIFF'S RESPONSE TO MOTION TO DISMISS DOCKET ENTRY 29

Plaintiff, a *pro se* prisoner, brings this action against Rachel Lieber, the Assistant United States Attorney, prosecuting his criminal case.

Federal Defendant respectfully requests an enlargement of time to respond to "Plaintiff Jones' Response to Defendant's (Rachel Lieber) Motion to Dismiss", Docket Entry 29. Defendant's response is currently due on February 25, 2008. Federal Defendant requests up to and including March 12, 2008, to file a response.

The undersigned requests the additional time due to the press of business and the fact that Plaintiff and his family members have filed several actions against various federal employees and a coordinated response to Plaintiff and his family members' actions is being developed.

Because plaintiff is a prisoner, appearing here *pro se*, Local Rule 7(m) does not apply and the undersigned have not made efforts to contact him regarding this motion.[1]

---

[1] Local Civil Rule 7.1(m) requires "counsel" to discuss non-dispositive motions with "opposing *counsel*" and nonprisoner pro se parties.

WHEREFORE, based on the foregoing, Federal Defendant respectfully requests that this motion be granted.

The undersigned respectfully request a minute order.

February 25, 2008                                  Respectfully submitted,


    /s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

    /s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

    /s/
KENNETH ADEBONOJO
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C. 20530
(202) 514-7157
(202) 514-8780 (facsimile)

## CERTIFICATE OF SERVICE

      I certify I caused copies of the foregoing Defendant's Motion to Enlarge Time to File a Response to Plaintiff's Pleading Docket Entry 29 was served by first class mail upon *pro se* plaintiff at:

Antoine Jones
DC# 241-912
1901 D Street, S.E.
Washington, D.C. 20003


on this 27th day of February, 2008.   ___/s/_____
                                                KENNETH ADEBONOJO
                                                Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTOINE JONES,<br><br>    Plaintiff<br><br>v.<br><br>RACHEL LIEBER, et al.<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 07-1027 (RJL)<br>)  (ECF)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT'S MOTION TO ENLARGE TIME TO FILE A REPLY TO PLAINTIFF'S OPPOSITION TO FEDERAL DEFENDANT'S MOTION TO DISMISS**

Federal Defendant, Rachel Lieber, filed a Motion to Dismiss Plaintiff's complaint and Plaintiff has opposed said motion. Federal Defendant's reply brief is due on November 23, 2007.

Defendant respectfully requests an enlargement of time up to and including November 30, 2007, to file a reply brief.

The undersigned requests the additional time in light of a few emergent matters this week and the holidays.

Because plaintiff is a prisoner, appearing here *pro se*, Local Rule 7(m) does not apply and the undersigned have not made efforts to contact him regarding this motion.[1]

November 23, 2007        Respectfully submitted,

                   _/s/_____
                   JEFFREY A. TAYLOR, D.C. BAR # 498610
                   United States Attorney

---

[1] Local Civil Rule 7.1(m) requires "counsel" to discuss non-dispositive motions with "opposing *counsel*" and nonprisoner pro se parties.

/s/
---
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/
---
KENNETH ADEBONOJO
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C. 20530
(202) 514-7157
(202) 514-8780 (facsimile)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTOINE JONES, | ) <br> ) <br> ) |
| Plaintiff | ) <br> ) <br> ) |
| v. | ) Civil Action No. 07-1027 (RJL) <br> ) (ECF) <br> ) |
| RACHEL LIEBER, et al. | ) <br> ) <br> ) |
| Defendants. | ) <br> ) |

## ORDER

UPON CONSIDERATION of the Defendant's Motion for Enlargement of Time, support thereof, the grounds stated therefor and the entire record in this matter, it is by the Court this ____ day of _____, 2007, hereby

ORDERED that the said motion be and hereby is granted; and it is

FURTHER ORDERED Defendant shall file a reply brief on or before November 30, 2007.

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I certify I caused copies of the foregoing Defendant's Motion to Enlarge Time to File a a reply to Plaintiff's opposition to Defendant's Motion to Dismiss to be served by first class mail upon *pro se* plaintiff at:

Antoine Jones
DC# 241-912
1901 D Street, S.E.
Washington, D.D. 20003

on this 23rd day of November, 2007.      /s/
                                         KENNETH ADEBONOJO
                                         Assistant United States Attorney

Copies to:

Kenneth Adebonojo
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C. 20530

Antoine Jones
DC# 241-912
1901 D Street, S.E.
Washington, D.C. 20003