UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTOINE JONES, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) Civil Action No. 07-1027 (RJL) |
| | ) (ECF) |
| RACHEL LIEBER, et al. | ) |
| | ) |
| Defendants. | ) |

**FEDERAL DEFENDANT'S REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTIONS TO ENLARGE**

Rachel Lieber ("Federal Defendant") by and through the undersigned counsel, hereby respectfully files this reply to Antoine Jones' ("Plaintiff") Opposition to her Motions for Enlargement of Time. Plaintiff, a *pro se* prisoner, brings this action against Federal Defendant, the Assistant United States Attorney, prosecuting his criminal case alleging constitutional violations. In support of this request, Federal Defendant states as follows:

1. On January 7, 2008, Plaintiff filed a surreply to Federal Defendant's Motion to Dismiss disguised as a Motion to Dismiss.

2. Although Federal Defendant's opposition was not due until January 22, 2008, Federal Defendant filed a timely Motion to Enlarge Time to Respond to Plaintiff's Motion.

3. On January 22, 2008, Federal Defendant filed a timely Motion to Enlarge until February 25, 2008.

4. On February 25, 2008, Federal Defendant filed a timely Motion to Enlarge until March 12, 2008.

5. On March 12, 2008, Federal Defendant filed a timely Motion to Enlarge until March 17, 2008.

6. On March 17, 2008, Federal Defendant filed a timely Motion to Enlarge until March 18, 2008.

7. On March 18, 2008, Federal Defendant responded to Plaintiff's Motion to Dismiss. Plaintiff's Motion to Dismiss was in essence a surreply to the briefing in Federal Defendant's Motion to Dismiss, which was fully briefed as of November 30, 2007. Although captioned as a motion, the pleading appears to revisit the same issues raised in Federal Defendant's Motion to Dismiss. Plaintiff did not seek leave to file what amounted to a surreply.

8. At all times, Federal Defendant sought timely Motions to Enlarge and notified Plaintiff of same. Fed. R. Civ. P. 6(b)(1). To the best of Federal Defendant's knowledge, Plaintiff never filed a timely opposition to the motions to enlarge.

9. Federal Defendant respectfully submits that her Motion to Dismiss is fully briefed and awaiting disposition by the Court.

10. Accordingly, the factual basis for Plaintiff's conclusion or request for a finding that Federal Defendant "conceded to [her] violation and misconduct" is simply incorrect. If the Court is inclined to treat Plaintiff's motion as a Motion for Reconsideration, it is clear that the Court did not abuse its discretion in granting Federal Defendant's Motions pursuant to Fed. R. Civ. P. 6(b)(1).

WHEREFORE, based on the foregoing, Federal Defendant respectfully request that Plaintiff's request for relief be denied.

April 17, 2008                                       Respectfully submitted,

                                                ___/s/_____
                                                JEFFREY A. TAYLOR, D.C. BAR # 498610
                                                United States Attorney

                                                  /s/
                                                RUDOLPH CONTRERAS, D.C. BAR # 434122
                                                Assistant United States Attorney

                                                ___/s/_____
                                                KENNETH ADEBONOJO
                                                Assistant United States Attorney
                                                Judiciary Center Building
                                                555 4th Street, N.W. – Civil Division
                                                Washington, D.C.  20530
                                                (202) 514-7157
                                                (202) 514-8780 (facsimile)

## **CERTIFICATE OF SERVICE**

      I certify I caused copies of the foregoing Reply to Plaintiff's Opposition to Federal Defendant's Motions to Enlarge to be served by first class mail upon *pro se* plaintiff at:

Antoine Jones
DC# 241-912
1901 D Street, S.E.
Washington, D.D. 20003

on this 17th day of April, 2008.    \_\_\_/s/_____
                                              KENNETH ADEBONOJO
                                              Assistant United States Attorney