UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTOINE JONES, | ) |
| Plaintiff | ) ) ) ) |
| v. | ) Civil Action No. 07-1027 (RJL) ) (ECF) ) |
| RACHEL LIEBER, et al. | ) ) |
| Defendants. | ) ) |

**FEDERAL DEFENDANT'S MOTION TO ENLARGE TIME TO FILE A RESPONSE TO PLAINTIFF'S SUPPLEMENTAL PLEADING DOCKET ENTRY 39**

Plaintiff, a *pro se* prisoner, brings this action against Rachel Lieber, the Assistant United States Attorney, who prosecuted his criminal case.  Federal Defendant respectfully requests an enlargement of time to respond to the supplemental pleading, Docket Entry 39 until June 2, 2008, to file a response.  In support of this request, Federal Defendant states as follows:

This matter has been fully briefed, yet Plaintiff insists on reasserting what appears to be legally insignificant facts that he already earlier alleged.

Although certain Plaintiff has not raised any new legally significant facts, Federal Defendant seeks the additional time to ensure that none of Plaintiff's allegations contain any .

Because plaintiff is a prisoner, appearing here *pro se*, Local Rule 7(m) does not apply and the undersigned have not made efforts to contact him regarding this motion.[1]

WHEREFORE, based on the foregoing, Federal Defendant respectfully requests that this motion be granted.  The Federal Defendant respectfully requests a minute order.

---

[1] Local Civil Rule 7.1(m) requires "counsel" to discuss non-dispositive motions with "opposing *counsel*" and nonprisoner pro se parties.

May 5, 2008                                Respectfully submitted,

                                                          _/s/_____
                                                        JEFFREY A. TAYLOR, D.C. BAR # 498610
                                                        United States Attorney

                                                        _/s/_____
                                                        RUDOLPH CONTRERAS, D.C. BAR # 434122
                                                        Assistant United States Attorney

                                                        _/s/_____
                                                        KENNETH ADEBONOJO
                                                        Assistant United States Attorney
                                                        Judiciary Center Building
                                                        555 4th Street, N.W. – Civil Division
                                                        Washington, D.C.  20530
                                                        (202) 514-7157
                                                        (202) 514-8780 (facsimile)

## CERTIFICATE OF SERVICE

      I certify that I caused copies of the foregoing Defendant's Motion to Enlarge Time to File a Response to Plaintiff's Pleading Docket Entry 39 was served by first class mail upon *pro se* plaintiff at:

Antoine Jones
DC# 241-912
1901 D Street, S.E.
Washington, D.D. 20003

on this 5th day of May, 2008.     _/s/_____
                                             KENNETH ADEBONOJO
                                             Assistant United States Attorney