UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTOINE JONES, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| | ) Civil Action No. 07-1027 (RJL) |
| v. | ) (ECF) |
| | ) |
| RACHEL LIEBER, et al. | ) |
| | ) |
| Defendants. | ) |

**FEDERAL DEFENDANT'S MOTION TO ENLARGE TIME TO FILE A RESPONSE
TO PLAINTIFF'S SUPPLEMENTAL PLEADING DOCKET ENTRY 39**

Plaintiff, a *pro se* prisoner, brings this action against Rachel Lieber, the Assistant United States Attorney, who prosecuted his criminal case.  Federal Defendant respectfully requests an enlargement of time until June 23, 2008, to respond to supplemental pleading, Docket Entry 39. In support of this request, Federal Defendant states as follows:

Although this matter is fully briefed, Plaintiff has filed several supplemental pleadings alleging essentially the same claims in his complaint.  Here, as he has already has, Plaintiff alleges that Defendant illegally gave the order for him to be placed on lockdown, that evidence supporting the order to put him on lockdown was illegally obtained, that one of Judge Huvelle's Orders violated Franks v. Delaware, etc.  The Court has already addressed some of these allegations in other cases filed by Plaintiff.

The undersigned requests this extension to confer and confirm certain matters with the Federal Defendant.

Because plaintiff is a prisoner, appearing here *pro se*, Local Rule 7(m) does not apply and the undersigned have not made efforts to contact him regarding this motion.[1]

WHEREFORE, based on the foregoing, Federal Defendant respectfully requests that this motion be granted. The Federal Defendant respectfully requests a minute order.

June 2, 2008                                    Respectfully submitted,

 /s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

 /s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

 /s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C.  20530
(202) 514-7157
(202) 514-8780 (facsimile)

---

[1] Local Civil Rule 7.1(m) requires "counsel" to discuss non-dispositive motions with "opposing *counsel*" and nonprisoner pro se parties.

2

## CERTIFICATE OF SERVICE

  I certify that I caused copies of the foregoing Defendant's Motion to Enlarge Time to File a Response to Plaintiff's Pleading Docket Entry 39 was served by first class mail upon *pro se* plaintiff at:

Antoine Jones
DC# 241-912
1901 D Street, S.E.
Washington, D.D. 20003

on this 2nd day of June, 2008.  __/s/_____
                KENNETH ADEBONOJO
                Assistant United States Attorney